UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
**ESTHER SALAS**
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 5076
NEWARK, NJ 07101
973-297-4887

September 25, 2017

## LETTER ORDER

Re:   *Nest v. Nationstar Mortgage, et al.*
      **Civil Action No. 16-4282 (ES) (MAH)**

Dear Parties:

On April 28, 2017, Defendants moved to dismiss *pro se* Plaintiff's Complaint. (D.E. No. 23 ("Motion")). Plaintiff did not oppose Defendants' Motion. On June 15, 2017, the Honorable Michael A. Hammer, U.S.M.J., ordered Plaintiff to show cause in writing, no later than July 12, 2017, why his Complaint should not be dismissed for failure to prosecute this action pursuant to Federal Rule of Civil Procedure 41. (D.E. No. 26 ("Order")). To date, Plaintiff has not opposed Defendants' Motion nor responded to Magistrate Judge Hammer's Order.

On August 29, 2017, Magistrate Judge Hammer issued a Report and Recommendation recommending that this Court dismiss Plaintiff's Complaint *with prejudice* for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). (D.E. No. 29 ("R&R")). Magistrate Judge Hammer provided the parties fourteen days to file and serve any objections to the R&R pursuant to 28 U.S.C. § 636 and Local Rule 7.1(c)(2). The parties did not file any objections.

The Court has considered Magistrate Judge Hammer's Order and the R&R, and for the reasons stated therein,

IT IS on this 25th day of September 2017,

**ORDERED** that this Court adopts Magistrate Judge Hammer's R&R in full; and it is further

**ORDERED** that Plaintiff's Complaint is DISMISSED *with prejudice* for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b); and it is further

**ORDERED** that the Clerk of Court shall TERMINATE docket entries 23 and 29 and mark this matter CLOSED.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**